[No. 10130-7-I.   Division One.   July 18, 1983.]

PANWEST, INC., *Appellant,* v. PETER S. SCHWETZ,
ET AL, *Plaintiffs,* HORIZON MUTUAL
SAVINGS BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 40977, Walter J. Deierlein, Jr., J., entered
March 23, 1981. *Affirmed* by unpublished opinion per

Swanson, J., concurred in by Andersen, C.J., and Scholfield, J.